**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL STANTON,**

    **Plaintiff,**

**vs.**                                                     **CASE NO. 4:08cv279-MP/AK**

**MONICA DAVID, et al,**

    **Defendants.**

                                   /

**O R D E R**

    Plaintiff, an inmate proceeding *pro se*, has filed an amended complaint. (Doc. 13). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the amended complaint should be directed.

    At this point, Plaintiff must submit service copies of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff

has named three (3) Defendants in this action, Plaintiff must provide the Court with three additional copies of the amended complaint. He may make the changes he refers to in his Notice of scrivener's error (doc. 14) to the copies, but they should otherwise be identical to the amended complaint (doc. 13) filed with the Court.

Accordingly, it is

**ORDERED**:

1. Plaintiff shall have until **January 26, 2009**, to provide the Court with three (3) identical copies of his amended complaint for service on the Defendants.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this  *13*$^{th}$  day of January, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**