**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL STANTON,**

     **Plaintiff,**

**vs.**                                                        **CASE NO. 4:08CV279-MP/AK**

**MONICA DAVID, et al,**

     **Defendants.**

_____/

**O R D E R**

Summons has been returned un-executed on Sam Clark at Franklin Correctional

Institution with the notation that no employee with that name works there.  (Doc. 22).

 Accordingly, it is

**ORDERED:**

Plaintiff shall advise the Court on or before **March 6, 2009**, of the correct name

for this Defendant or whether he wants to dismiss this person or wait for discovery to

begin to learn the correct name of this Defendant.

**DONE AND ORDERED** this _10th_ day of February, 2009.


                 _s/ A Kornblum_____
                 **ALLAN KORNBLUM**
                 **UNITED STATES MAGISTRATE JUDGE**